**KING & SPALDING LLP**
LIVIA M. KISER (SBN 285411)
 *lkiser@kslaw.com*
MICHAEL B. SHORTNACY (SBN 277035)
 *mshortnacy@kslaw.com*
MICHAEL D. ROTH (SBN 217464)
 *mroth@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendant*
HARBOR FREIGHT TOOLS USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL COMES, DUANE THOMAS, and MARKEITH MITCHELL, on behalf of themselves and all similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HARBOR FREIGHT TOOLS USA, INC., <br><br> Defendant. | Case No. 2:20-cv-05451-DMG-KK <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br><br> [*The Honorable Dolly M. Gee*] <br> Trial Date: August 8, 2023 <br><br> <u>CLASS ACTION</u> |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Plaintiffs Mel Comes, Duane Thomas, and Markeith Mitchell ("Plaintiffs") and Defendant Harbor Freight Tools USA, Inc. (collectively, the "Parties") hereby jointly provide prompt notice to the Court that the Parties have reached an agreement in principle to fully resolve all of Plaintiffs' claims on an individual basis. The Parties have executed a Term Sheet and are actively working on formalizing the Term Sheet into a Settlement Agreement and will file a stipulation of dismissal with prejudice as soon as those terms are finalized.

Accordingly, the Parties respectfully request that the Court issue an order staying all proceedings in this action pending the Parties' ability to file a Stipulation of Dismissal.

DATED: February 16, 2023          /s/    Dargan M. Ware

DAVIS & NORRIS, LLP
Dargan M. Ware
John E. Norris
Andrew Wheeler-Berliner
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
jnorris@davisnorris.com
dware@davisnorris.com
andrew@davisnorris.com

*Attorneys for Plaintiffs Comes, Mitchell,*

Dated: February 16, 2023

/s/ Andrew J. Schwaba

Andrew J. Schwaba
SCHWABA LAW FIRM, PLLC
Andrew J. Schwaba (NC SBN 36455)
212 South Tryon Street, Suite 1725
Charlotte, NC 28281
704-370-0220 (telephone)
(704) 370-0210(facsimile)
aschwaba@schwabalaw.com

|  |  |
|---|---|
| | FISHER & KREKORIAN<br>R. Kevin Fisher (SBN 131455)<br>2121 Park Drive<br>Los Angeles, CA 90026<br>(310) 862-1220 (telephone)<br>(310) 388-0805 (facsimile)<br>rkf@fkslaw.net |
| | *Attorneys for Plaintiff Thomas* |
| Dated: February 16, 2023 | By: */s/ Michael D. Roth* |
| | **KING & SPALDING LLP**<br>LIVIA M. KISER (SBN 285411)<br> lkiser@kslaw.com<br>MICHAEL B. SHORTNACY (SBN 277035)<br> mshortnacy@kslaw.com<br>MICHAEL D. ROTH (SBN 217464)<br> mroth@kslaw.com<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Tel: (213) 443-4355<br>Fax: (213) 443-4310 |
| | *Attorneys for Defendant*<br>HARBOR FREIGHT TOOLS USA, INC. |

3

## **ATTESTATION**

I, Michael D. Roth, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that concurrence in the filing of this document has been obtained from each signatory.

*/s/ Michael D. Roth*
Michael D. Roth