**DAVIS & NORRIS, LLP**
Dargan M. Ware
dware@davisnorris.com
John E. Norris
jnorris@davisnorris.com
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989

*Attorneys for Plaintiffs Comes, Mitchell,*

SCHWABA LAW FIRM, PLLC
Andrew J. Schwaba
aschwaba@schwabalaw.com
212 South Tryon Street, Suite 1725
Charlotte, NC 28281
704-370-0220 (telephone)
(704) 370-0210(facsimile)

*Attorneys for Plaintiff Thomas*

**KING & SPALDING LLP**
LIVIA M. KISER (SBN 285411)
  lkiser@kslaw.com
MICHAEL B. SHORTNACY (SBN 277035)
  mshortnacy@kslaw.com
MICHAEL D. ROTH (SBN 217464)
  mroth@kslaw.com
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendant*
HARBOR FREIGHT TOOLS USA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL COMES, DUANE THOMAS, and MARKEITH MITCHELL, on behalf of themselves and all similarly situated, <br><br>Plaintiffs, | Case No. 2:20-cv-05451-DMG-KK <br><br> **STIPULATION OF DISMISSAL** |

|  |  |
|---|---|
| v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>Defendant. | [*The Honorable Dolly M. Gee*]<br><br>Trial Date: August 8, 2023<br><br><u>CLASS ACTION</u> |

Plaintiffs Mel Comes, Duane Thomas, and Markeith Mitchell ("Plaintiffs") and Defendant Harbor Freight Tools USA, Inc. (collectively, the "Parties") by and through counsel of record, hereby stipulate to the voluntary dismissal of this action in its entirety *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The foregoing dismissal is without prejudice to individual claims of any putative class members.

The Parties further stipulate that each party is to bear its own attorneys' fees and costs regarding all claims asserted in the action.

DATED:  March 17, 2023         /s/ Dargan M. Ware

DAVIS & NORRIS, LLP
Dargan M. Ware
John E. Norris
Andrew Wheeler-Berliner
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
jnorris@davisnorris.com
dware@davisnorris.com
andrew@davisnorris.com

*Attorneys for Plaintiffs Comes, Mitchell,*

Dated: March 17, 2023

/s/Andrew J. Schwaba

Andrew J. Schwaba
SCHWABA LAW FIRM, PLLC
Andrew J. Schwaba
212 South Tryon Street, Suite 1725
Charlotte, NC 28281

704-370-0220 (telephone)
(704) 370-0210(facsimile)
aschwaba@schwabalaw.com

FISHER & KREKORIAN
R. Kevin Fisher
2121 Park Drive
Los Angeles, CA 90026
(310) 862-1220 (telephone)
(310) 388-0805 (facsimile)
rkf@fkslaw.net

*Attorneys for Plaintiff Thomas*

Dated: March 17, 2023            By: /s/ Michael D. Roth

**KING & SPALDING LLP**
LIVIA M. KISER
  *lkiser@kslaw.com*
MICHAEL B. SHORTNACY
  *mshortnacy@kslaw.com*
MICHAEL D. ROTH
  *mroth@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendant*
HARBOR FREIGHT TOOLS USA, INC.

**ATTESTATION**

I, Dargan M. Ware, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that concurrence in the filing of this document has been obtained from each signatory.

*/s/ Dargan M. Ware*
Dargan M. Ware

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 17, 2023, a true and correct copy of the foregoing was filed through the electronic filing system of the United States District Court for the Central District of California and served on all counsel of record in the case.

/s/   Dargan M. Ware
Attorney for Plaintiffs